**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PATRICK LYNN GLASS, | ) | NO. ED CV 12-1937-FMO(AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| PEOPLE OF THE STATE OF OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: July 15, 2015.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE